**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**ALEX DENHAM**                                                                                **PLAINTIFF**

**VS.**                                                  **CIVIL ACTION NO. 3:08cv451-LRA**

**CHRISTOPHER EPPS, COMMISSIONER**
**OF MISSISSIPPI DEPARTMENT OF CORRECTIONS**           **DEFENDANT**

### FINAL JUDGMENT

Upon due consideration of the Complaint and the sworn testimony given by Plaintiff at the omnibus hearing in this cause, and for the reasons set forth in that Memorandum Opinion and Order entered by the undersigned on this date;

IT IS, HEREBY, ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice, and, Final Judgment in favor of Defendant Commissioner Christopher Epps is hereby entered.

SO ORDERED, this the 7th day of August, 2009.

                                              /s/ Linda R. Anderson
                                    UNITED STATES MAGISTRATE JUDGE